■ RAYMOND MAYER et al., Respondents, v NESENGER CHEV-
ROLET, INC., Appellant, et al., Defendant. [621 NYS2d 909] —In an
action to recover damages for personal injuries, etc., the
defendant Nesenger Chevrolet, Inc., appeals from an order of
the Supreme Court, Queens County (Smith, J.), dated Novem-
ber 10, 1993, which denied its motion for summary judgment
dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that there remain mate-
rial issues of fact as to whether the vehicle which struck the
injured plaintiff was owned or controlled by the defendant
Nesenger Chevrolet, Inc. Balletta, J. P., Thompson, Santucci,
Altman and Hart, JJ., concur.